PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
JUL 19 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Steven William Craig**

**Docket No. 0:00CR00028-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Craig A. Madson,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Steven William Craig** who was sentenced for Aiding and Abetting Possession with Intent to Distribute 1.3 Kilograms of Cocaine by the Honorable James M. Rosenbaum, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mandatory drug testing
No firearms, dangerous weapons

On February 27, 2006, Mr. Craig was released from custody and his supervision began in the Central District of California.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

STANDARD CONDITION #3: The defendant shall answer truthfully all inquiries by the probation officer and follow instruction of the probation officer.

STANDARD CONDITION #5: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

STANDARD CONDITION #6: The defendant shall notify the probation officer ten days prior to any change in residence or employment.

On June 26, 2006, Mr. Craig admitted that he quit his job without advising the probation officer, lied about his employment status, falsified his monthly reports for the months of April and May 2006, and submitted false checks as income verification.

SCANNED
JUL 19 2006
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following.

The defendant shall reside for a period of up to 120 days in a community reentry center as approved by the probation officer and shall observe the rules of that facility.

The defendant shall not associate with any member, prospect, or associate member of the Broadway Deuce Crips gang or any other gang. If the defendant is found to be in the company of such individuals while wearing the clothing, colors, or insignia of the Broadway Deuce Crips gang or any other gang, the Court will presume that this association was for the purpose of participating in gang activities.

The defendant is required to submit to employment restrictions and employment verification as approved by the probation officer during the term of supervision.

ORDER OF THE COURT

Considered and ordered this 18th day of July 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Craig A. Madson
U.S. Probation Officer

Executed on July 17, 2006
Place Minneapolis

c: United States Sentencing Commission