PROB 49
(3/89)

# United States District Court

District of Minnesota

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall reside at and participate in a residential reentry center (community corrections component) (RRC) as instructed by the Probation Officer, for a period not to exceed 120 days, or until discharged by the program director, pursuant to 18 USC 3563(b)(12). During term of residence in the RRC, you shall maintain full-time employment as directed by the Probation Officer. Further, you shall not be self-employed or employed by friends, relatives, associates or persons previously known to you, unless approved by the Probation Officer; and employment shall be subject to continuous review and verification by the U.S. Probation Office. You shall not work for cash and employment shall provide regular pay stubs with the appropriate deduction of taxes. You shall also provide verification of tax filing.

Witness Jane Alcala
U.S. Probation Officer

Signed Steven Craig
Probationer or Supervised Releasee

6/26/06
Date

SCANNED
JUL 19 2006
U.S. DISTRICT COURT MPLS