Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court)
0:00CR00028-001(JMR)

DOCKET NO. (Receiving Court)
CR-06-683-JFW

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP - 5 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

NAME AND LOCATION OF SUPERVISED RELEASEE
Steven William Craig

DISTRICT
MINNESOTA

DIVISION

NAME OF SENTENCING JUDGE
Honorable James M. Rosenbaum

| DATES OF SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | February 27, 2006 | February 27, 2010 |

OFFENSE
Count 3 - Aiding and Abetting the Possession with Intent to Distribute 1.3 Kilograms of Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

July 31, 2006
Date

James M. Rosenbaum, United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

SEP - 5 2006
Effective Date

CHIEF United States District Judge

SCANNED
SEP 2 7 2006
U.S. DISTRICT COURT ST. PAUL